245

Opinion by Rao, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

**No. 52882.**—Best & Co. *v.* United States, protest 143481–K (New York).

Opinion by Rao, J.   It was stipulated that the merchandise is the same in   all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

Before the Third Division, February 16, 1949

**No. 52883.**—Browne Vintners Co., Inc. *v.* United States, protest 104711–K (Los Angeles).

Opinion by Ekwall, J.   At the trial in Los Angeles, the judge hearing the case on circuit dismissed the protest as untimely.   The court found no error in that ruling and the protest was therefore dismissed.

Before the Second Division, February 18, 1949

**No. 52884.**—Clutsom Machines, Inc. *v.* United States, protest 96276–K (Philadelphia).

Opinion by Lawrence, J.   The uncontradicted evidence showed that the Clutsom textile machines are similar in all material respects to those the subject of

*Clutsom Machines, Inc.* v. *United States* (21 Cust. Ct. 30, C. D. 1122). Although plaintiff failed to make any claim for relief as to the parts of machines involved in the cited case, appropriate claim was made in the instant case. Following the cited authority, the claim of the plaintiff was sustained.

**No. 52885.**—Clutsom Machines, Inc. *v.* United States, protest 116686–K (Bridgeport).

Opinion by LAWRENCE, J. The uncontradicted evidence showed that the Clutsom textile machines are similar in all material respects to those the subject of *Clutsom Machines, Inc.* v. *United States* (21 Cust. Ct. 30, C. D. 1122). Although plaintiff failed to make any claim for relief as to the parts of machines involved in the cited case, appropriate claim was made in the instant case. Following the cited authority, the claim of the plaintiff was sustained.

**No. 52886.**—Clutsom Machines, Inc. *v.* United States, protest 143499–K (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence showed that the involved articles are parts of machines, which machines are similar in all material respects to those the subject of *Clutsom Machines, Inc.* v. *United States* (21 Cust. Ct. 30, C. D. 1122). Although plaintiff failed to make any claim for relief as to the parts of machines involved in the cited case, appropriate claim was made in the instant case. Following the cited authority, the claim of the plaintiff was sustained.

**No. 52887.**—F. W. Woolworth Co. et al. *v.* United States, protests 651579–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 18, 1949

**No. 52888.**—Fish Distributors Cooperative Association, Inc. *v.* United States, protest 132451–K (Cleveland).